# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10089
_____

NATIONAL CHRISTMAS PRODUCTS, INC,
a New Jersey Corporation,
d.b.a. National Tree Company,

*Plaintiff-Counter Defendant-Appellee,*

*versus*

OJ COMMERCE, LLC,
a Florida Limited Liability Company,

*Defendant-Counter Claimant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:22-cv-60897-WPD

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 19, 2026

For the Court: DAVID J. SMITH, Clerk of Court